UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. BROWN,<br>　　　　Plaintiff,<br>　　v.<br>J. ABOYTES, et al.,<br>　　　　Defendants. | Case No. 17-cv-03120-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

　　This federal civil rights action is DISMISSED WITH PREJUDICE, in light of the parties' stipulation for voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. Nos. 40 and 41.) The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** December 13, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ABOYTES, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-03120-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on December 13, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark A. Brown ID: AP-0910; D3-220
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127


Dated: December 13, 2018


　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO